Form 210A (12/09)

# United States Bankruptcy Court

**Middle** District Of **North Carolina**

In re **Keshia Arrington Woodard**  Case No. **05-82949**

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Santander Consumer USA** | **HSBC Auto Finance** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

P.O. Box 560284
Dallas, TX 75356

Phone: 888-437-4846
Last Four Digits of Acct #:

Court Claim # (if known): _____
Amount of Claim: _____
Date Claim Filed:

Phone: 888-437-4846
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Santander Consumer USA
P.O. Box 560284, Dallas, TX 75356
Phone: 888-437-4846
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: **/s/ Jackie Allison**  Date: **02/21/2011**
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.