United States Bankruptcy Court for the Middle District of North Carolina

## **WITHDRAWAL OF** Transfer of Claim

| | |
|---|---|
| Debtor Name and Case Number: | Woodard 05-82949 |
| Creditor Name and Address: | Santander Consumer USA<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Court Claim Number (if known): | 31 |
| Date Claim Filed: | 2/21/2011 |
| Total Amount of Claim Filed: | |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtor.

Dated: 2/23/2011

Print Name: /s/ Jackie Allison

Title (if applicable): Bankruptcy Specialist

---