UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Keshia Arrington Woodard**

Social Security No. xxx-xx-1598
Address: 401-C13 NC 54, Carrboro, NC
27510-6106

Debtor

Case No. 05-82949
Chapter 13

**OBJECTION TO CLAIM**

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor HSBC and dated January 30, 2006, for the following reasons:

Upon information and belief, HSBC has transferred this claim but has not filed the necessary documents with the court to effectuate any such transfer. The failure to do so, however, is unfairly delaying the entry of the debtor's discharge and accordingly the claim should now be disallowed.

**WHEREFORE**, the Debtor prays that the Court enter an Order disallowing the claim in its entirety .

Dated: February 28, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
6616-203 Six Forks Road
Raleigh, N.C. 27615
(919) 847-9750

claimomd.wpt (rev. 9/28/10)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Keshia Arrington Woodard**

Case No. 05-82949
Chapter 13

Social Security No. xxx-xx-1598
Address: 401-C13 NC 54, Carrboro, NC 27510-6106

Debtor

## CERTIFICATE OF SERVICE

I, Charlene Ennemoser, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on February 28, 2011. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by certified first-class U.S. mail, return receipt requested addressed to the following parties:

HSBC
**Attn: Managing Agent**
PO BOX 60130
City Of Industry, CA 91716

Us Bankruptcy Administrator

Richard M. Hutson, II
Chapter 13 Trustee


February 28, 2011

/s Charlene Ennemoser
Charlene Ennemoser